# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-cr-00240-13 |
| | ) | 3:09-cr-00239 |
| AKIN I. FLOYD | ) | Judge Nixon |

## ORDER

Pending before the Court is Defendant Akin I. Floyd's *pro se* Motion to Withdraw Plea ("Motion"). (No. 3:09-cr-239, Doc. No. 76; No. 3:09-cr-00240-13, Doc. No. 1189.) During a status conference held on August 9, 2012, Defendant indicated that he wished to withdraw his Motion and that he was satisfied with his attorney. In light of Defendant's statements during the hearing, Defendant's Motion is **TERMINATED as moot**. Furthermore, the Court hereby **SCHEDULES** a sentencing hearing for **December 3, 2012 at 1:00 p.m.**

It is so ORDERED.

Entered this ___13___ day of August, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT